# Court of Appeals
# of the State of Georgia

ATLANTA, March 26, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1210. LEONARD WALKER et al v. TOUCHMARK NATIONAL BANK.

Following an adverse ruling in magistrate court in this dispossessory proceeding, Leonard Walker and Crystal Williams ("Petitioners") filed a petition for review in superior court. On November 19, 2025, the superior court affirmed the judgment below, finding that Touchmark National Bank was entitled to a writ of possession. Petitioners filed this direct appeal on December 15, 2025. We, however, lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by petition for review must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a)(1); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Petitioners' failure to comply with the discretionary appeals procedure deprives us of jurisdiction over this direct appeal. Moreover, the notice of appeal is untimely. Under OCGA § 44-7-56, appeals in dispossessory actions "shall be filed within seven days of the date such judgment was entered." Here, Petitioners filed their notice of appeal 26 days after entry of the superior court's judgment. For these reasons, we lack jurisdiction

over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/26/2026*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*